## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER MICHAEL
PATTERSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 74501

**FILED**

JAN 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision resolving a petition for a writ of mandamus. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Our review of this appeal reveals a jurisdictional defect. The documents before this court do not indicate that a petition for a writ of mandamus has been filed in district court case number C277884. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

[1]Given this order, we take no action on the motion for appointment of counsel filed on December 6, 2017.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-00830

cc: Hon. Susan Johnson, District Judge
Christopher Michael Patterson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk